I reluctantly concur with the main opinion reversing Snyder's capital murder conviction based on the Alabama Supreme *Page 482 
Court's holding in Ex parte Minor, 780 So.2d 796 (Ala. 2000).
I recognize that this Court is bound by the decisions of the Alabama Supreme Court, see § 12-3-16, Ala. Code 1975, and "is without authority to overrule the decisions of that court."Jones v. City of Huntsville, 288 Ala. 242, 244, 259 So.2d 288,290 (1972). Thus, we have no choice but to find that the trial court's failure to instruct the jury on the limited use of a prior conviction, using the two-pronged instruction subsequently set out in Ex parte Minor, constituted plain error.